IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00276-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIOCENE OIL & GAS LTD.,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Stipulated Order** [#18] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Stipulated Order [#18-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, as of the date of this Minute Order.

    Dated: June 30, 2015