IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-00276-WYD-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MIOCENE OIL & GAS, LTD.,

      Defendant.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

s/Laura B. Hurd
Laura B. Hurd
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO 80202

s/Kameron R. Gateley
Kameron R. Gateley
Law Office of Kevin C. Flesch, LLC
333 W. Hampden Ave., Suite 710
Englewood, CO 80110

Telephone: 303-454-0135
E-mail: Laura.Hurd@usdoj.gov
Attorney for Plaintiff

Phone: (303) 806-8886
E-mail: kameron@fleschlaw.com
Attorney for Defendant

**SO ORDERED**
Dated: *June 30, 2015*

_____
Honorable Kristen L. Mix
United States Magistrate Judge