IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00276-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIOCENE OIL & GAS LTD.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to Amend Complaint and Joinder of Defendant** [#22] (the "Motion").  Pursuant to Fed. R. Civ. P. 15(a)(2) and Fed. R. Civ. P. 20(a)(2),

    IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**.  The Clerk of Court shall accept Plaintiff's Amended Complaint [#22-1] for docketing as of the date of this Minute Order.

    Dated:  July 29, 2015